AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Perry Bingley,<br>*Plaintiff*<br>v.<br>Andy Strickland; Jodie Taylor; Matthew Walker;<br>David Matthews; Colleton County Sheriff's Office,<br>*Defendants* | Civil Action No.   1:15-cv-01313-MGL |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Perry Bingley, shall take nothing of the defendants, Andy Strickland; Jodie Taylor; Matthew Walker; David Matthews; and Colleton County Sheriff's Office, and this action is dismissed with prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice for failure to prosecute.

Date:   July 6, 2015                                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/M. Walker
                                                                                    *Signature of Clerk or Deputy Clerk*